

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2017

No. 04-16-00513-CR

William B**. EAKLE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10789
Honorable Kevin M. O'Connell, Judge Presiding

# **O R D E R**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn P. Barnard, Justice
                Luz Elena D. Chapa, Justice

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. Time is extended to December 22, 2017.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court